JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DE LA CRUZ, | ) | Case No. CV 12-7212-DOC (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Denying Extension Motion and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.


Dated: August 29, 2012

_David O. Carter_

_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE